UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CR-89-BO-4

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| CARLOS GUSTAVO FIERO | ) |  |

THIS CAUSE is before the Court on Defendant's Motion for Authorization of Expert Funds for an interpreter in which the amount will exceed the statutory maximum of Eight Hundred Dollars ($800.00). Such funds are specifically authorized by the Criminal Justice Act. The motion is hereby GRANTED.

DONE and ORDERED in Chambers at Raleigh, North Carolina this 9 day of January, 2013.

Terrence W. Boyle
United States District Judge