UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-cr-00089-BO-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | **ORDER TO CONTINUE ARRAIGNMENT** |
| ) | |
| CARLOS GUSTAVO FIERO ) | |

This matter is before the Court on the Government's Motion to Continue Arraignment. Counsel for defendant consents to the motion. Upon good cause shown, the motion is GRANTED.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to Title 18, United States Code, Section 3161(h).

The arraignment in this matter, presently set for February 19, 2013, is hereby continued until April 2013 term.

This the 27 day of February, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE