# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### NO. 7:12-CR-89-BO-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| CARLOS GUSTAVO FIERO | ) | |
| | ) | |
| _____ | ) | |

THIS CAUSE is before the Court on Defendant's Motion for Reimbursement of Funds and FOR GOOD CAUSE SHOWN, the motion is hereby GRANTED and counsel for Defendant, William Woodward Webb, Jr., shall be reimbursed by the United States Marshal in the amount of $471.50 pursuant to the Criminal Justice Act and 18 U.S.C. § 4282.

DONE and ORDERED in Chambers at Raleigh, North Carolina this _16_ day of _Jan_, 2013.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge

| 05/15/13 | ATM WITHDRAWAL - 2016 FAIRVIEW RD RALEIGH NC 1042 0001639 | | $200.00 |

## GREYHOUND LINES, INC.
### CREDIT CARD RECEIPT - AGENT STUB

```
03415  RALEIGH        NC        AGENT NUMBER: 4288
RALT002                         SALES DATE:15May13   08:54p
BOOKING AGENCY: 03415  RALEIGH        NC

FIERO CARLOS

XXXXXXXXXXX3002              EXP:   1610
AUTHORIZATION: 130516  586785
SALE AMOUNT:   $271.50        CONF #:0802688700
```

## SIGNATURE: _____

CARDMEMBER ACKNOWLEDGES RECEIPT OF THE TICKETS, GOODS OR      SERVICES
DESCRIBED HEREIN, IN THE TOTAL AMOUNT SHOWN, AND AGREES TO    PERFORM
THE OBLIGATIONS SET FORTH IN THE CARDMEMBER'S AGREEMENT WITH      THE
CARD ISSUER.  CARDMEMBER ACKNOWLEDGES THAT THIS PURCHASE MAY       BE
NON-REFUNDABLE AND/OR ANY REFUND MAY INVOLVE A CANCELLATION      FEE
OR PENALTY.



Wed, 05/15/13 11:25 PM
Sat, 05/18/13 03:40 AM

3D, 7H, 15M
$188.30[1] $269.00 $299.00
1. 1 Standard fare(s) left at this time.+
**SCHEDULE DETAILS- HIDE DETAILS**

| Location | Arrives | Departs | Layover | Carrier | Meals/Rest Stop | Schedule |
|---|---|---|---|---|---|---|
| (START) - RALEIGH, NC | | 11:25 PM | | GLI | Yes | 1003 |
| FAYETTEVILLE, NC | 12:30 AM | 01:30 AM | 1:00 | GLI | Yes | 1003 |
| SAVANNAH, GA | 05:30 AM | (TRANSFER) | | GLI | Yes | 1003 |
| (TRANSFER) - SAVANNAH, GA | | 07:00 AM | | SES | | 0972 |
| CHARLESTON, SC | 09:10 AM | 09:20 AM | :10 | SES | | 0972 |
| GEORGETOWN, SC | 10:35 AM | 10:35 AM | | SES | | 0972 |
| MYRTLE BEACH, SC | 11:35 AM | 12:30 PM | :55 | SES | Yes | 0972 |
| FLORENCE, SC | 02:00 PM | 02:10 PM | :10 | SES | | 0972 |
| CAMDEN, SC | 03:00 PM | 03:00 PM | | SES | | 0972 |
| FT JACKSON, SC | 03:30 PM | 03:30 PM | | SES | | 0972 |
| COLUMBIA, SC | 04:00 PM | 05:30 PM | 1:30 | SES | | 0972 |
| AIKEN, SC | 06:35 PM | 06:35 PM | | SES | | 0972 |
| AUGUSTA, GA | 07:00 PM | 07:10 PM | :10 | SES | | 0972 |
| THOMSON, GA | 07:45 | 07:45 PM | | SES | | 0972 |

| Location | Time | Time | Delay | Carrier | | Route |
|---|---|---|---|---|---|---|
| | PM | | | | | |
| WASHINGTON, GA | 08:15 PM | 08:15 PM | | SES | | 0972 |
| ATHENS, GA | 09:25 PM | 09:25 PM | | SES | | 0972 |
| NORCROSS, GA | 10:20 PM | 10:20 PM | | SES | | 0972 |
| ATLANTA, GA | 10:50 PM | (TRANSFER) | | SES | | 0972 |
| (TRANSFER) - ATLANTA, GA | | 11:25 PM | | GLI | | 1547 |
| ANNISTON OXFORD, AL | 11:50 PM | 12:01 AM | | GLI | | 1547 |
| BIRMINGHAM, AL | 01:05 AM | 02:00 AM | :55 | GLI | Yes | 1547 |
| JACKSON, MS | 05:40 AM | 06:30 AM | :50 | GLI | Yes | 1547 |
| VICKSBURG, MS | 07:20 AM | 07:20 AM | | GLI | | 1547 |
| MONROE, LA | 08:40 AM | 08:55 AM | :15 | GLI | | 1547 |
| RUSTON, LA | 09:40 AM | 09:40 AM | | GLI | | 1547 |
| GRAMBLING, LA | 09:55 AM | 09:55 AM | | GLI | | 1547 |
| MINDEN, LA | 10:35 AM | 10:35 AM | | GLI | | 1547 |
| SHREVEPORT, LA | 11:10 AM | 12:15 PM | 1:05 | GLI | Yes | 1547 |
| MARSHALL, TX | 01:00 PM | 01:00 PM | | GLI | | 1547 |
| LONGVIEW, TX | 01:35 PM | 01:35 PM | | GLI | | 1547 |
| KILGORE, TX | 01:55 PM | 01:55 PM | | GLI | | 1547 |
| TYLER, TX | 02:25 PM | 02:40 PM | :15 | GLI | | 1547 |

-2-

| | | | | | |
|---|---|---|---|---|---|
| TERRELL, TX | 03:55 PM | 03:55 PM | | GLI | 1547 |
| MESQUITE, TX | 04:25 PM | 04:25 PM | | GLI | 1547 |
| DALLAS, TX | 04:55 PM | (TRANSFER) | | GLI | 1547 |
| (TRANSFER) - DALLAS, TX | | 09:30 PM | | GLI | 9223 |
| DALLAS WESTMORELAND, TX | 09:45 PM | 10:00 PM | :15 | GLI | 9223 |
| FT WORTH, TX | 10:35 PM | 10:45 PM | :10 | GLI | 9223 |
| FT WORTH MCCART, TX | 10:55 PM | 11:05 PM | :10 | GLI | Yes | 9223 |
| ABILENE, TX | 01:35 AM | 02:05 AM | :30 | GLI | 9223 |
| RS MIDLAND, TX | 04:35 AM | 04:50 AM | :15 | GLI | Yes | 9223 |
| VAN HORN (E), TX | 07:35 AM | 08:10 AM | :35 | GLI | 9223 |
| EL PASO SANTA FE, TX | 09:10 AM | 09:10 AM | | GLI | 9223 |
| EL PASO, TX | 09:15 AM | 10:40 AM | 1:25 | GLI | Yes | 9223 |
| EL PASO SANTA FE, TX | 10:50 AM | 10:50 AM | | GLI | 9223 |
| LAS CRUCES, NM | 11:50 AM | 11:55 AM | :05 | GLI | 9223 |
| LORDSBURG, NM | 02:05 PM | 02:40 PM | :35 | GLI | Yes | 9223 |
| TUCSON, AZ | 04:10 PM | 04:40 PM | :30 | GLI | 9223 |
| GILA BEND (E), AZ | 06:35 PM | 06:50 PM | :15 | GLI | 9223 |
| YUMA, AZ | 08:40 PM | 08:45 PM | :05 | GLI | 9223 |
| CALEXICO, CA | 09:55 | 10:05 PM | :10 | GLI | 9223 |

-3-

| | | | | | | |
|---|---|---|---|---|---|---|
| | PM | | | | | |
| EL CENTRO, CA | 10:25 PM | 10:40 PM | :15 | GLI | | 9223 |
| EL CAJON (E), CA | 12:40 AM | 12:40 AM | | GLI | | 9223 |
| SAN DIEGO, CA | 01:10 AM | 01:30 AM | :20 | GLI | Yes | 9223 |
| (END) - LOS ANGELES, CA | 03:40 AM | (END) | | GLI | | 9223 |

-4-